## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

William Helms, *et al.*,       Case No. 1:11cv410

    Plaintiff

                     Magistrate Judge Bowman

vs.

Nationwide Insurance Company
of America, *et al.*,

    Defendants.

### ORDER

On February 17, 2012 plaintiffs filed a motion to amend and requested expedited ruling. (Doc. 23). For good cause shown, the Court has determined that expedited briefing is necessary. Defendants' shall respond to the motion on or before February 21, 2012, 3:00 p.m.; and plaintiff shall file a reply by noon February 22, 2012.

If there is no opposition to the motion counsel are to inform the Court as soon as possible.

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge