UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Helms, et al.,
    Plaintiffs,                                    Civil Action No: 1:11cv410

vs.

                                                    **CALENDAR ORDER**

Nationwide Insurance Company of America,
    Defendant.

Pursuant to the filing of the Rule 26(f) Report by the parties and the scheduling conference conducted May 4, 2012, this case shall proceed as follows:

1. Deadline to move to add parties: **June 1, 2012**

2. Deadline for disclosure of expert witnesses and submission of expert reports[1]:
   Plaintiff disclosure and report of experts: **May 1, 2012**
   Defendant disclosure and report of expert: **June 15, 2012**

3. Discovery deadline[2]:                  **September 1, 2012**

4. Settlement Conference[3]       **October 12, 2012 @ 10:00 a.m.**

5. Joint Final Pretrial Order[4] and proposed jury instructions: **November 21, 2012**

---

[1] Disclosure of experts, expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[2] Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[3] Special instructions regarding settlement: (1) all parties must bring their client or a representative with full settlement authority.  Failure to follow this requirement will result in sanctions; (2) each counsel must prepare and submit via hand delivery to the Court or via the chamber's email address at bowman_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference of a synopsis of the case and the status of any settlement negotiations to date.  These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.

[4] You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at www.ohsd.uscourts.gov. The Joint Final Pretrial Order and the Jury Instructions shall be emailed to chambers at bowman_chambers@ohsd.uscourts.gov, consistent with the Court's trial procedures found on the above-mentioned website.

6. Final Pretrial conference: **November 30, 2012 @ 2:00 p.m.**

7. Jury trial: **December 10-13, 2012 @ 9:30**

*/s/ Stephanie K. Bowman*
United States Magistrate Judge
