## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

William Helms,
    Plaintiff,

vs                      Civil Action No. 1:11cv410
                         Bowman, MJ

Nationwide Insurance Company of America
    Defendant.

### ORDER

    The parties having reached an agreement to settle this litigation. It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, move to reopen the action if settlement is not consummated.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    IT IS SO ORDERED.

Date:                            _/s/ Stephanie K. Bowman_
                                      Stephanie K. Bowman
                                      United States Magistrate Judge